**United States District Court**
**Central District of California**
**Eastern Division**

| | |
|---|---|
| Sky Billiards, Inc., <br><br>                 Plaintiff, <br><br>     v. <br><br> Giantex et al., <br><br>                Defendants. | EDCV 15-649-VAP (SPx) <br><br> **Order to Show Cause Re:** <br> **Failure to Serve** |

      Plaintiff filed a Complaint against defendants Giantex, GoPlus Corp., Inc., and Wei Wu on April 5, 2015.  (See Doc. No. 1.)

      To date, no Proof of Service has been filed indicating that defendant Giantex have been served.  Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, a plaintiff must serve the summons and complaint on all named defendants within 120 days of filing.[1]  Accordingly, the Court ORDERS Plaintiff to show cause, in writing, no later than May 26, 2016, why the Complaint should not be dismissed without prejudice for failure to prosecute.

---

[1] On December 1, 2015, the time limit for service was changed from 120 days to 90 days under Rule 4(m).  This case was filed before the effective date of the rule change, however, and the Court therefore applies the 120 day time limit in effect on the date the action was filed.

**IT IS SO ORDERED.**

Dated: 5/12/16

*Virginia A. Phillips*
Virginia A. Phillips
United States District Judge