FILED
CLERK, U.S. DISTRICT COURT

SEP 19, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: _____BH_____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| SKY BILLIARDS, INC., a California corporation, | CASE NO. 5:15-cv-00649-VAP (SPx) |
| Plaintiff, | [Assigned to Hon. Virginia A. Phillips] |
| v. | **[PROPOSED]** **JUDGMENT** |
| GIANTEX, a California entity of unknown status; GOPLUS CORP., INC., a California corporation; WEI WU, an individual; and DOES 1 through 10, inclusive, | |
| Defendant(s). | |

OC 287601914v1

**[PROPOSED] JUDGMENT**

On May 12, 2016, the Court granted Defendants GoPlus and Wei Wu's Motion for Summary Judgment in favor or Defendants GoPlus and Wei Wu as to all of Plaintiff Sky Billiards, Inc.'s claims against them.  Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED that Plaintiff take nothing in its Complaint against Defendants GoPlus and Wei Wu, and that judgment be entered against Plaintiff and in favor of Defendants GoPlus and Wei Wu.

DATED:  September 19, 2016

_____
Hon. Virginia A. Phillips
Chief United States District Court Judge

OC 287601914v1